1  Kenny Kean Tan, #169777
   Adam Hussein, #278597
2  Law Offices of Kenny Tan
   1300 Clay St., Suite 600
3  Oakland, CA 94612
   Telephone: (510)622-7715
4  Fax: (800)301-8290

5  Attorneys for Plaintiff:
   Ashley Crockett

6

7

           **IN THE UNITED STATES DISTRICT COURT**
8
           **NORTHERN DISTRICT OF CALIFORNIA**
9

10 ASHLEY CROCKETT, an individual      )   **Case No.:** 3:12-CV-04804-EDL
                                        )
11              Plaintiffs,             )   **[PROPOSED] ORDER GRANTING
                                        )   PLAINTIFF ASHLEY CROCKETT'S
12 vs.                                  )   MOTION TO REMAND**
                                        )
13 JP MORGAN CHASE NATIONAL            )
   CORPORATE SERVICES, INC. aka JP     )   **Date:** November 20, 2012
14 MORGAN CHASE & CO., a New York      )   **Time:** 9:00 A.M.
   Corporation; DOES 1-10 inclusive,   )   **CTRM:** E
15                                      )
                                        )
16              Defendants.             )
                                        )
17                                      )
                                        )
18 _____     )

19      The Motion to Remand the above-entitled action to the Superior Court of California for

20 the County of Alameda, came regularly for hearing on November 13, 2012.  The Court, having

21 considered the moving and supporting papers, and good cause appearing therefore, IT IS

22 ///

23 ///

                                      1
   _____
   **[PROPOSED] ORDER GRANTING PLAINTIFF ASHLEY CROCKETT'S MOTION TO
   REMAND Case Number 3:12-CV-04804**

1   ORDERED that: Plaintiff's motion to remand this matter to the Superior Court of California for

2   the County of Alameda is GRANTED.

3   IT IS FURTHER ORDERED that Defendant pay Plaintiff the amount of $1,425.50 for costs

4   and attorney's fees incurred as a result of the removal.

5   OR

6   _____

7   _____

8   _____

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19

20  DATED:

21

22                                    _____

23                                    Hon. Elizabeth D. Laporte

2

**[PROPOSED] ORDER GRANTING PLAINTIFF ASHLEY CROCKETT'S MOTION TO REMAND Case Number 3:12-CV-04804**